UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIE DAVIDSON,

                Plaintiff,

  v.

ELDON VAIL, DAN PACHOLKE, JEFF UTTECH, JULIE CRUFF,

                Defendants.

NO. C11-6048 BHS/KLS

ORDER EXTENDING DISPOSITIVE MOTIONS DEADLINE

Before the Court is Defendants' motion to extend dispositive motion deadline pending this Court's resolution of Defendants' motion to dismiss. ECF No. 35. The dispositive motions deadline is December 28, 2012. ECF No. 17. The Court finds that Defendants' motion is reasonable. Should any portions of the Plaintiff's claim survive the motion to dismiss, either party may wish to make a dispositive motion pursuant to FRCP 56.

Accordingly, it is **ORDERED:**

(1)     Defendants' motion (ECF No. 35) is **GRANTED.**

(2)     The dispositive motion deadline is extended to **March 1, 2013.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 12th day of December, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1