UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIE DAVIDSON,<br><br>                Plaintiff,<br><br>  v.<br><br>ELDON VAIL, DAN PACHOLKE,<br>JEFF UTTECH, JULIE CRUFF,<br><br>                Defendants. | NO. C11-6048 BHS/KLS<br><br>ORDER EXTENDING DISPOSITIVE MOTIONS AND JOINT STATUS REPORT DEADLINE |

The dispositive motions deadline in this matter is currently set for March 1, 2013. The joint status report deadline is set for March 29, 2013. ECF No. 17. By Order dated November 11, 2012, all discovery was stayed pending resolution of Defendants' motion to dismiss. ECF No. 35. The original discovery deadline was December 28, 2012. ECF No. 17.

On February 1, 2012, the Court issued a Report and Recommendation granting in part and denying in part, Defendants' motion to dismiss, and recommending that Plaintiff be given an opportunity to replead. ECF No. 40. Pending final resolution of the Defendants' motion to dismiss, new dispositive motions and joint status report deadlines are required. The discovery deadline will be revisited after the Report and Recommendation (ECF No. 40) is finally adjudicated.

Accordingly, it is **ORDERED:**

(1)    The dispositive motion deadline is extended to **August 30, 2013.**

(2)    The joint status report deadline is extended to **November 29, 2013.**

1      (3)     The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this <u>6th</u> day of February, 2013.

*[signature]*
Karen L. Strombom
United States Magistrate Judge