UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIE DAVIDSON,

          Plaintiff,

v.

ELDON VAIL, et al.,

          Defendants.

CASE NO. C11-6048BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 40. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and Defendants' motion to dismiss (Dkt. 27) is **granted in part and denied in part as follows:**

        (a)    Defendants' motion to dismiss is **GRANTED as to** Plaintiff's claims relating to the rejection of his mail including claims that the rejections constituted a denial of due process, unreasonable searches and seizures, a violation of equal

ORDER

protection, denial of access to courts, violation of the Eighth Amendment, and retaliation, and these claims are **dismissed without prejudice for failure to exhaust.**

      (b)    Defendants' motion to dismiss is **GRANTED as to** Plaintiff's claims against Defendants in their official capacities and these claims are **dismissed with prejudice.**

      (c)    Defendants' motion to dismiss is **DENIED as to** Plaintiff's claim that he was wrongfully held beyond his early release date.

      (d)    Defendants' motion to dismiss is **DENIED as to** Plaintiff's claim that materials were removed from his legal box.  Plaintiff shall submit an amended complaint **within twenty days** of this Order.

      (e)    Defendants' motion to dismiss is **DENIED as to** Defendants' motion for costs and attorney's fees and the imposition of a 28 U.S.C. § 1915(g) strike.

      (2)    This matter is re-referred to the Hon. Karen L. Strombom for further proceedings.

Dated this 6th day of March, 2013.

BENJAMIN H. SETTLE  
United States District Judge

ORDER