UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIE A. DAVIDSON,

        Plaintiff,

v.

ELDON VAIL, et al.,

        Defendants.

CASE NO. C11-6048 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 49. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendants' motion for summary judgment (Dkt. 46) is **GRANTED**;

(3)    In forma pauperis status is revoked for purposes of appeal; and

(4)    The clerk shall enter judgment for Defendants against Plaintiff and close this case.

Dated this 16th day October, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER